**Order entered September 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01055-CV

**LAKEITH AMIR-SHARIF, Appellant**

**V.**

**CHESTER CADIEUX, III, ET AL., Appellees**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-03842**

## ORDER

Because the court reporter informed appellant and the Court on August 15, 2014 that no hearings of record have taken place, we **GRANT** appellant's September 12, 2014 motion for free appellate record to the extent we **ORDER** the Clerk of the Court to send appellant a copy of the clerk's record.


/s/     CAROLYN WRIGHT
CHIEF JUSTICE